AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:21CR51 | 2/9/2021 at 6:00 am | Christopher Sweeney |

Inventory made in the presence of:
Christopher Sweeney

Inventory of the property taken and name(s) of any person(s) seized:

See Attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/22/2021

Andrea R Kinzig
*Executing officer's signature*

Andrea R Kinzig, FBI Special Agent
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>924 EAST MAIN STREET, TROY, OHIO, 45373<br>(including all outbuildings, curtilage, and vehicles<br>parked on the premises) | Case No. 3:21-CR-51 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Southern___ District of ___Ohio___
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A-1**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B-1**

YOU ARE COMMANDED to execute this warrant on or before ___2-22-21___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Chelsey M. Vascura___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___

Date and time issued: 2-8-21 @ 11:19 AM  _____
*Judge's signature*

City and state: Columbus, OH   Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

FD-597 (Rev. 4-13-2015)                                                                    Page 1 of 7

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID: CI-3369722

On (date) 2/10/2021

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Christopher Sweeney

(Street Address) 924 East Main Street Troy, Ohio 45373

(City) TROY, OH 45373

**Description of Item(s):**

LG Nexus cell phone Model E960 FCC #: ZNFE960

Dell Laptop (Broke) Ser. 03220A00

Patriot 64GB SD card

Two (2) 45 rounds and Fifteen (15) 22 rounds in plastic sleeve

Google phone Pixel5
SIM card: 352493114009542

Apple iPhone 11 Pro Max
Gray in color
IMEI: 353896101300741

Cell phone iPhone (black in color)

Smart watch (black in color)

Google Home Device Model H1A
IC: 10395A-H1A

Amazon Tablet Model: SX034QT

Three (3) SanDisk SD cards:
-BE071004957B - compact flash
-BE071004956B - compact flash
-BE0630005002B - Blue SD

Tablet in red and black case

Misc business records

Misc Business Records

FD-597 (Rev. 4-13-2015)                          Page 2 of 7

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

| |
|---|
| Business records |
| Service provider records |
| User names/passwords |
| Clear baggie of suspected crystal Methamphetamine |
| Black cloth holster |
| One (1) magazine 9mm<br>Approximately 15 rounds |
| Ruger Pistol<br>S/N: 312-42298 |
| Eleven (11) live rounds in Michigan Ammo Box. Three (3) casings found loose, in gym bag |
| -One loaded (15) round magazine - 15 rounds<br>-Two unloaded (15) round magazines found in Glock box with serial # BBEG035 |
| Glock Model 19<br>SN: BBEG035 |
| Thinkpad Laptop Base S/N: PC-08FCJQ with Micro SD San Disk Ultra 64GB S/N: 2414DGZ47OMS |
| Black Lenovo tablet S/N: HA15H78N(66) |
| Glass drug pipe |
| Glass drug pipes with white residue |
| HP desktop w/ ID: 2MO9302CC9<br>PIN: 8230<br>Connected to it were three external drives |
| Toshiba 3TB External HDD<br>S/N: 454SHXZGSU17 |
| Western Digital My Book External HDD<br>S/N: WCC7K6KX1HDL |
| Western Digital Black P1O Game Drive 2.5" HDD w/ S/N: WX52A302CTDC |
| Think Pad USB Hub |
| Motorola motoZ3<br>IMEI: 3555 5009 5208 307<br>64 GB Internal<br>197 GB Portable<br>PIN: 4345 |
| ONN thumbdrive ONA19DS004 |
| Ruger 270 Model: 06092<br>Serial # 690 28752 |

FD-597 (Rev. 4-13-2015)                                                                                       Page 3 of 7

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Copler Master Custom PC
ID: RC922MKKN31132100702
Contains (2) 1TB HDDs and (2) SSDs
PIN: 7797433

---

SanDisk M2
-0804903644D53 1GB
SanDisk Extreme
-4423DF93T10E 32GB
Adapter

---

One Toshiba Disk Drive
SN: Y4FMT8HLT 00A HDKGB13T5A01T
with metal hardward

---

iOmega Network Storage Device
S/N: CED2490791

---

Google Home Device Model H1A with Power Chord

---

WD SATA Drive
Model: WD5000AAKX-60U6AA0
S/N: WCC2EAHA3386
Capacity: 500GB

---

WDSATA Drive
Model: WD10EURX-73FH1Y0
S/N: WCC1U0988844
Capacity: 1.0 TB

---

WD SATA Drive
Model: WD10EURS-630AB1
S/N: WCAV5V692091

---

WD SATA Hard Drive
Model: WD10EFRX-68PJCN0
S/N: WCC4J1133404
Capacity: 1 TB

---

Silver in color USB-C device with blue cord

---

One Lexar 32GB thumbdrive
One Lexar 32 GB thumbdrive
One red in color thumbdrive
One SanDisk Ultra 32 GB thumbdrive

---

Seagate Backup Plus 1TB hard drive
S/N: NA9M29DL with blue cord

FD-597 (Rev. 4-13-2015)

Page 4 of 7

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

| Item |
|------|
| LG-V521 Gold in color with nannoSIM and micro SD card inside<br>PIN: 3333 |
| WD Purple WD40PURX hard drive 4 TB<br>S/N: WCC4E1LH1KSC |
| Ruger box with one magazine containing approximately eight (8) 9mm rounds |
| 32 GB micro SD card Gigastone |
| Thirteen (13) SD cards and Three (3) San Disc Adapters |
| 14 USB drives |
| Lenovo Think Centre M53<br>S/N: MJ02EKC3 |
| File folders with various drug paraphernalia/pipes, syringe, dash cam |
| Business and financial documents |
| Pipe |
| Canabis Oil |
| Suspected marijuana |
| Samsung Galaxy S9<br>IMEI #: 359755107154622613 |
| Amazon Fire HD 8 (7th Gen)<br>S/N: G090MF04738607MC |
| VAP Cartridges and Jungle Juice and bags of unknown substances |
| Tray with suspected meth in Zip bag<br>Suspected "Roaches" in zip bag<br>Straws, Q Tips, metal pipe |
| Western Digital My Book Studio External Drive<br>S/N: WMAWZ0145846 |
| Glass bong and three pipes |
| Seagate Backup Plus Hub 4TB External Drive<br>S/N: NA8TQJ11 |
| Large Bong |
| Make: Samsung S7<br>Model: SM-G930T<br>S/N: R28HA2O1V1R<br>IMEI: 359754072702375<br>PIN: 3333 |

FD-597 (Rev. 4-13-2015)  Page 5 of 7

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

| |
|---|
| Black and Blue Datto Atto 3<br>SN: G181000005131 |
| Black Lenovo laptop<br>IMEI: 351826060094854<br>Serial PF-02XP8C14-07<br>W/ cord |
| Black digital scale<br>Model: SF-400D |
| Gray board note book<br>"vivint.SmartHome" on front cover |
| White crystal substance<br>Suspected drugs |
| HP Pavilion 21 Touchsmart All-in-One PC, Model 21-h116<br>S/N: 5CM42201RG<br>and power cord |
| One binder with paperwork |
| Ten (10) 5ml viles<br>Fourteen (14) sharpening stones<br>Spoon with residue<br>Five (5) pocket knives<br>Syringe (no needle)<br>Torch<br>Mini glass container |
| Kit suspected to be used in creating Gummies in red cooler |
| -480GB PNY Portable SSD<br>(No other identifiers)<br>-64 GB SanDisk Ultra Trek thumb drive<br>Model: SDCZ490-0646<br>ID: BN180426458B |
| iomega External HDD<br>S/N: KCAA183452 |
| 500 GB Western Digital HDD Encryped<br>Model: WD5000AAKX<br>S/N: WCC2EPF07816 |
| Lenovo Think Pad, Model T480<br>S/N: PF-1KAAGT, containing a<br>Micro SanDisk SD card,<br>S/N: 6041DLETV14A |

FD-597 (Rev. 4-13-2015)                                              Page 6 of 7

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

| |
|---|
| Orico External Hard Drive Enclosure Model: NS800C3; containing seven HDD; connected to Lenovo Laptop |
| (1) Western Digital Black 320 GB HDD S/N: WX71A73L5493 (1) Western Digital Black 320 GB HDD S/N: WX31A83C6007 |
| Zotac Mini PC Model ZBOX-CA320NANO-P S/N: G143300002045 |
| Synology Disk Station Model D5111 S/N: B7H3N01107 |
| Synology Disk Station Model D5111 S/N: B1H3N00531 |
| HP Computer S/N: 2UA5350BD6 |
| Buffalo Terastation PN Model TS-R12T6L/RS S/N: 9582369110002 |
| Hikvision DS-7608NI-E2/8P S/N: 560193751 |
| IBM System Storage (Model: XSC20083D) SN/ID: A1077RO |
| HP PROLIANT DL360 G7 (SN: MXQ03201YT) |
| HPAJ941A server S/N: CN8037P044 |
| HPAJ941A server S/N 7CE345P00T |
| HPAJ941A server S/N 7CE538P1XL |
| HPAJ941A server S/N CN8120P11S |
| HP Blue Iris server S/N: USE211Y62A |

FD-597 (Rev. 4-13-2015)                                              Page 7 of 7

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

Server rails and cables

Received By: _____ (signature)

Printed Name/Title: Andrew R___

Received From: _Chris Sweeny_ (signature)

Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)            Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: _____

On (date) 2/10/21

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Christopher Sweeney
(Street Address) 934 E Main St
(City) Troy, OH

Description of Item(s): 1) Partial dd image of direct attached storage array attached to Blue Iris server

2) Memory and incident response capture from Lenovo Think Pad S/N: PF-1KAAGT

3) Extracted data from Galaxy S7

4) Extracted data from Amazon Fire Tablet

*Nothing Follows*

Received By: _____(Signature)
Printed Name/Title: Andrzej K

Received From: _____(Signature)
Printed Name/Title: C Sweeney