IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF  :  CASE NO. 3:21MJ51

SEALED DOCUMENT
: 

MOTION TO UNSEAL APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Now comes the United States, by counsel, and respectfully requests that the Application, Search Warrant, Supporting Affidavit and Return in the above captioned cases be unsealed.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

s/Christina Mahy
CHRISTINA MAHY (0092671)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2568
E-mail: christina.mahy@usdoj.gov